```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 23504
   BETTY A LAWSHEA
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-7770


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/22/2004 and was confirmed 08/12/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  34.24% from remaining funds.

     The case was paid in full 12/11/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------------
AMERICAN EXPRESS TRAVEL   UNSECURED OTH      780.93           .00         267.48
AT & T WIRELESS           UNSECURED       NOT FILED           .00            .00
DIVERSIFIED ADJ SERVICE   NOTICE ONLY     NOT FILED           .00            .00
ROUNDUP FUNDING LLC       UNSECURED         2273.46           .00         778.44
BANK FIRST NA             UNSECURED       NOT FILED           .00            .00
BP CITI                   UNSECURED       NOT FILED           .00            .00
CAPITAL ONE BANK          UNSECURED         1650.46           .00         565.13
BLATT HASENMILLER LEIBSK  NOTICE ONLY     NOT FILED           .00            .00
CARSON PIRIE SCOTT        UNSECURED          589.73           .00         201.93
NGBL CARSONS              NOTICE ONLY     NOT FILED           .00            .00
CHASE MANHATTAN BANK USA  UNSECURED       NOT FILED           .00            .00
CITIBANK NA               UNSECURED       NOT FILED           .00            .00
ASSET ACCEPTANCE CORP     UNSECURED         1104.07           .00         378.04
AAC                       NOTICE ONLY     NOT FILED           .00            .00
EXXON  MOBIL              UNSECURED       NOT FILED           .00            .00
FIRST RESOLUTION INVES    FILED LATE        2832.49           .00            .00
BLITT & GAINES            NOTICE ONLY     NOT FILED           .00            .00
FIRST USA BANK            UNSECURED       NOT FILED           .00            .00
FIRST USA                 UNSECURED       NOT FILED           .00            .00
FIRSTAR                   UNSECURED       NOT FILED           .00            .00
JC PENNEY                 UNSECURED       NOT FILED           .00            .00
J C PENNEY                NOTICE ONLY     NOT FILED           .00            .00
NCM TRUST                 UNSECURED         1774.05           .00         607.45
KMART HRS                 NOTICE ONLY     NOT FILED           .00            .00
ROUNDUP FUNDING LLC       UNSECURED          279.48           .00          95.70
ASSET ACCEPTANCE CORP     UNSECURED          861.36           .00         294.94
ASSET/RNB/TARGET/RETAILE  NOTICE ONLY     NOT FILED           .00            .00
RETAILERS NATIONAL BANK   UNSECURED       NOT FILED           .00            .00
AAC                       NOTICE ONLY     NOT FILED           .00            .00
RADIO SHACK               UNSECURED       NOT FILED           .00            .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED           .00            .00
RISK MANAGEMENT           NOTICE ONLY     NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 23504 BETTY A LAWSHEA
```

```
SEARS ROEBUCK & COMPANY   UNSECURED      NOT FILED            .00           .00
CITIBANK                  NOTICE ONLY    NOT FILED            .00           .00
SEARS                     NOTICE ONLY    NOT FILED            .00           .00
RESURGENT CAPTIAL SERVIC  UNSECURED      NOT FILED            .00           .00
NCM TRUST                 UNSECURED        2065.29            .00        707.18
NCM TRUST                 UNSECURED        3551.74            .00       1216.15
SHERMAN ACQUISITION       UNSECURED      NOT FILED            .00           .00
SPIEGEL                   UNSECURED      NOT FILED            .00           .00
ROUNDUP FUNDING LLC       UNSECURED         405.71            .00        138.92
ROUNDUP FUNDING LLC       UNSECURED         205.32            .00         70.30
ROUNDUP FUNDING LLC       UNSECURED         215.30            .00         73.72
ARROW FINANCIAL SERVICES  UNSECURED         964.82            .00        330.36
TIMOTHY K LIOU            DEBTOR ATTY    2,514.40                       2,514.40
TOM VAUGHN                TRUSTEE                                         504.86
DEBTOR REFUND             REFUND                                          317.77
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS                DISBURSEMENTS
--------------------------------------------------------------------------------

```
TRUSTEE                   9,062.77

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                             5,725.74
ADMINISTRATIVE                                        2,514.40
TRUSTEE COMPENSATION                                    504.86
DEBTOR REFUND                                           317.77
                          ---------------         ---------------
TOTALS                    9,062.77                    9,062.77
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 03/09/09                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE